# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jose Ademilson Martins Pereira,<br>A 221 216 889<br>     Petitioner,<br><br> v.<br>JAMAL L. JAMISON, in his official capacity as the Facility Administrator of the Philadelphia Federal Detention Center; MICHAEL T. ROSE, in his official capacity as acting Philadelphia Field Office Director for U.S. Immigration and Customs Enforcement; TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, Attorney General of the United States, in her official capacity; and U.S. DEPARMENT OF JUSTICE;<br>     Respondents. | Case No.  26-508<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## <u>ORDER</u>

AND NOW, this 28th day of January, 2026, upon consideration of Jose Ademilson Martins Pereira's Petition for Writ of Habeas Corpus (ECF 1) it is hereby ORDERED that the petition is GRANTED in part as follows:

1. Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than January 31, 2026, file a response to the habeas petition and show cause why the petition should not be granted.

2. Petitioner shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3. Counsel for Petitioner shall serve this Order to the respondents at the following email addresses forthwith:

    desiree.wilkins@usdoj.gov;

    anthony.stjoseph@usdoj.gov;

    susan.becker@usdoj.gov; and

    gregory.david@usdoj.gov

BY THE COURT:


_____
HON. MIA R. PEREZ