**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARTINS PEREIRA** | : | **CIVIL ACTION** |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **NO.  26-508** |
| **JAMISON et al,** | : | |
| | : | |
| Respondents. | : | |

**<u>ORDER</u>**

**AND NOW,** this 15th day of June, 2026, the Clerk of Courts is **DIRECTED** to mark this case closed.

BY THE COURT:

_____

Hon. Mia R. Perez